Filed 10/12/16

# IN THE SUPREME COURT OF CALIFORNIA

| | | |
|---|---|---|
| THE PEOPLE, | ) | |
| | ) | |
| Plaintiff and Respondent, | ) | |
| | ) | S179181 |
| v. | ) | |
| | ) | Riverside County |
| MICHAEL RAY BURGENER, | ) | Super. Ct. No. CR 18088 |
| | ) | |
| Defendant and Appellant. | ) | |
| _____ | ) | |

### ORDER MODIFYING OPINION AND

### DENYING PETITION FOR REHEARING

**THE COURT:**

The opinion in this case, filed on August 11, 2016, and appearing at 1 Cal.5th 461, is modified as follows:

The citation following the first sentence of the final paragraph on page 474 of 1 Cal.5th, which currently reads "(See *People v. Engram* (2010) 50 Cal.4th 1131, 1161 [116 Cal.Rptr.3d 762, 240 P.3d 237] ['a statute must be construed, if reasonably possible, in a manner that avoids a serious constitutional question'].)" is replaced with the following:  (See *Loeffler v. Target Corp.* (2014) 58 Cal.4th 1081, 1102 ["we avoid resolving constitutional questions if the issue may be resolved on narrower grounds"].)

This modification does not affect the judgment.

The petition for rehearing is denied.